In the Matter of the Condemnation of Lands in the TOWN OF SCIPIO, Cayuga County, N. Y., for the Wyckoff-Cascade, Parts 1 and 2, County Highway. Consecutive Petition No. 4016, Cayuga County. THE BOARD OF SUPERVISORS OF THE COUNTY OF CAYUGA, Petitioner, Respondent; KATHARINE E. LETCHWORTH, Owner, Appellant.— Order reversed on the law and facts and proceeding dismissed, without costs and without prejudice to the institution of a new proceeding when a modified plan is finally adopted, upon the ground that the finding of public necessity is contrary to and against the weight of the evidence, and the evidence establishes that no public necessity exists. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INCORPORATED, Respondent, v. JACOB A. BRUDNO, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

COMMONWEALTH BOND CORPORATION, Respondent, v. MATTHEW RING, Respondent, and MARY RING, Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur, except Sears, P. J., who dissents and votes for modification so as to provide for an accounting as to the several interests in the bonds. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MATTHEW RING, Respondent, v. MARY J. RING, Appellant.— Judgment modified by striking out the provision for costs and as so modified affirmed, without costs of this appeal to either party. All concur, except Sears, P. J., who dissents and votes for reversal on the facts and judgment for the defendant. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.